UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIMBERLY KAYE SELBY,
     Plaintiff,

vs.                                         Case No.: 3:20cv2335/MCR/EMT

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,[1]
     Defendant.
                                      /

## ORDER

The Chief Magistrate Judge issued a Report and Recommendation on September 23, 2021 (ECF No. 18).   The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No.

---

[1] Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration on July 9, 2021.   Pursuant to Fed. R. Civ. P. 25(d), she is automatically substituted for Andrew Saul as the Defendant in the case.

18) is adopted and incorporated by reference in this order.

2.      Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED**, and the Commissioner is ordered to remand this case to the Administrative Law Judge for further proceedings consistent with this Report and Recommendation.

3.      The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 29th day of October 2021.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**