UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIMBERLY KAYE SELBY,
    Plaintiff,

vs.                                            Case No.: 3:20cv2335/MCR/EMT

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
     Defendant.
_____/

## **ORDER**

     The chief magistrate judge issued a Report and Recommendation on February 10, 2022 (ECF No. 26).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

     Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The chief magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

     2.    Plaintiff is awarded fees in the amount of $5,679.36 for time expended by her counsel in representing her before the United States District Court for the

Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA).  The fee award is subject to an offset to satisfy any qualifying outstanding debt Plaintiff may owe to the United States.

3. Costs in the amount of $400.00 also are awarded to Plaintiff, to be paid from the Judgment Fund administered by the United States Treasury.

4. If Plaintiff receives all or any portion of the EAJA fee award, it must be mailed to her in care of her attorney, Robert Ian Maclaren, III, Soloway Law Firm, 1013 Airport Blvd., Pensacola, Florida 32504.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**